IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE SMITH,

        Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5103

_____/

Opinion filed December 27, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Willie Smith, pro se, Appellant.

Barbara Debelius, Assistant General Counsel, Florida Department of Corrections,
Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.